File Hashes for IP Address 76.23.79.204

**ISP:** Comcast Cable
**Physical Location:** Peoria, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/02/2013 11:27:27 | 75FDC3DBCE63B5474374F1D237AA1B978F78F756 | I Love X Art |
| 03/09/2013 13:05:14 | A785F892E52CEAE93EAE0F4862DD43F228337ECC | Tuesday Morning |
| 03/09/2013 12:25:10 | 1E71797D120FE98DDEC16B4D198A006333D4200C | Spilled Milk |
| 03/08/2013 23:29:24 | 7F026F98870E8811AE9CDE0FA1D9D2B2682E9FCD | Afternoon Snack |
| 03/08/2013 22:23:21 | 069CEC49FC514CD437AAE130285A89EA81D568F9 | Ready for Bed |
| 03/08/2013 22:22:30 | 7487D8C7193E650BAD54F35021EEF467B794E904 | Mad Passion |
| 02/10/2013 21:02:47 | D35873FC87CE0B6D2E1B8C63C41F76963AABC69B | Angie VIP Lounge |
| 02/10/2013 20:58:51 | FD09D8CD8360B7C799F8FE957298C92EE492DF81 | The Spanish Garden |
| 01/31/2013 23:23:20 | FE4E6210D90AEE8DC59311BC993C9A4C243605A5 | Want You |
| 01/31/2013 17:56:44 | 9801C1C363A4BC852012AE5D798E8CDA3D384023 | Working Out Together |
| 01/31/2013 17:50:00 | 06F8FBEE11E00CD3B6B8EBDF9B19F01AF18FA1D2 | Young and Hot |
| 01/31/2013 17:41:47 | 0BEDC34897CC36ECF404D2E2EB1BE3E03ADF3F51 | Afternoon Solo |
| 01/31/2013 17:41:01 | 38E1F60B5C0BEB69A3CB9799962BA37A35FF69D1 | Yoga Master and Student |
| 01/31/2013 17:37:40 | 8F66E198388F37CFB59890DF84E730A57038D2F5 | Fucking Perfection |
| 01/02/2013 15:24:25 | 8BF3CCF96AB8D9D79391F7E8F813B4A0895997B1 | Together Again |
| 12/19/2012 12:17:35 | F9E6A74BD5E7755B13C36A40530342D85D3FE330 | Sunday Afternoon |
| 12/19/2012 03:52:17 | 3FCE9CDFB1577A6D4BC7DA05BDF8B21FF6A0538E | Come To My Window |
| 12/19/2012 03:40:02 | FA826CEBE75759D6BCC970FBE23DC5D1028A3126 | The Foursome |
| 12/19/2012 03:37:57 | BCACC3C596F61D418DCFD40F511DF324A5C658C5 | Daydream |
| 12/19/2012 03:37:34 | B55C471D604EA8461E32B59234591A32BBD27D55 | Foot Fetish |
| 12/19/2012 03:37:30 | DAC9473E2B5C64D6ED0838A48CB571795B1054F7 | Starting Over |
| 12/19/2012 03:36:43 | 56F4567768F4F35314698827E5BE1B51A6F32536 | First Love |
| 12/19/2012 03:36:07 | 108ECCA01DA992BD49E2A7BF8C44EAAF474C786C | Anneli Dream Girl |

EXHIBIT A

CIL34

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/19/2012 03:32:02 | 22174B1F979594A885CB59963A97AFFCB0695B5E | Transcendence |
| 12/19/2012 03:31:39 | F8DA25658580BCBEDA56E96506D01FBA8C3781C0 | Casual Affair |
| 12/19/2012 03:31:38 | 17241F84734F6DD196B5B13C976EDAE10303F314 | Leila Last Night |
| 12/19/2012 03:21:40 | 6668C6F6BA0D4CD1F1F6658FB2BD0660372C51AC | Close to the Edge |
| 12/19/2012 02:20:52 | 8E20614FC4A81507CD470B959C2C17DAB62D433D | Dangerous Game |
| 12/19/2012 02:07:52 | 771B0EE8AAAD695EF9C39516590B2BC8786BAC13 | A Day to Remember |
| 12/19/2012 00:19:36 | 212B1F33CDCE38866240D2FEC4A802FEF3C8663A | Then They Were Three |
| 12/18/2012 21:48:18 | 533F0D9A9E6CFBA33E9BD3B0EB753473F8922DE5 | Still With Me |
| 12/18/2012 21:44:07 | F16068977477F8D04C729B0B4B897426D5E5F995 | Kristen Girl Next Door |
| 12/18/2012 21:36:15 | FB2AFBC75AAB3F406F648E2E3DB9F48F7328FEC4 | Lipstick Lesbians |
| 12/18/2012 21:35:23 | 036BE03A1983921508EC7F1F70C89FBA37E07F32 | Unforgettable View #2 |
| 12/18/2012 21:33:22 | 3CBE40E75A4B78315F21C16928CFFC5117942228 | Perfect Together |
| 12/18/2012 21:26:53 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 12/18/2012 21:21:51 | 1814B177454C751B49FA72FB1B790D4F638B84D8 | Side by Side |

**Total Statutory Claims Against Defendant: 37**

EXHIBIT A

CIL34