Copyrights-In-Suit for IP Address 76.23.79.204

**ISP:** Comcast Cable
**Location:** Peoria, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 12/19/2012 |
| Afternoon Snack | PENDING | 02/23/2013 | 02/28/2013 | 03/08/2013 |
| Afternoon Solo | PENDING | 01/27/2013 | 01/29/2013 | 01/31/2013 |
| Angie VIP Lounge | PA0001771705 | 11/28/2011 | 01/17/2012 | 02/10/2013 |
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 12/19/2012 |
| Casual Affair | PA0001800471 | 08/01/2012 | 08/05/2012 | 12/19/2012 |
| Close to the Edge | PA0001800579 | 08/06/2012 | 08/07/2012 | 12/19/2012 |
| Come To My Window | PA0001799576 | 07/27/2012 | 07/31/2012 | 12/19/2012 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 12/19/2012 |
| Daydream | PA0001810455 | 10/15/2012 | 10/15/2012 | 12/19/2012 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 12/19/2012 |
| Foot Fetish | PA0001793970 | 06/20/2012 | 06/21/2012 | 12/19/2012 |
| Fucking Perfection | PA0001789507 | 06/24/2011 | 05/11/2012 | 01/31/2013 |
| I Love X Art | PENDING | 03/29/2013 | 04/01/2013 | 04/02/2013 |
| Kristen Girl Next Door | PA0001762076 | 08/25/2010 | 11/18/2011 | 12/18/2012 |
| Leila Last Night | PA0001775906 | 02/01/2012 | 02/17/2012 | 12/19/2012 |
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 12/18/2012 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/08/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 12/18/2012 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 12/18/2012 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 03/08/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 12/18/2012 |
| Spilled Milk | PENDING | 03/08/2013 | 03/15/2013 | 03/09/2013 |
| Starting Over | PA0001803663 | 08/27/2012 | 09/10/2012 | 12/19/2012 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 12/18/2012 |
| Sunday Afternoon | PA0001800353 | 07/06/2012 | 07/11/2012 | 12/19/2012 |
| The Foursome | PA0001780470 | 09/15/2011 | 03/10/2012 | 12/19/2012 |
| The Spanish Garden | PA0001791352 | 07/15/2011 | 05/25/2012 | 02/10/2013 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 12/19/2012 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 01/02/2013 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 12/19/2012 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 03/09/2013 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/18/2012 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/31/2013 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 01/31/2013 |

EXHIBIT B

CIL34

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/31/2013 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 01/31/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  37**

EXHIBIT B

CIL34