## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE<br><br>Defendants | Case No. 1:13-cv-01195-JES-JAG<br><br>Hon. John A. Gorman |

**MOTION FOR ENTRY OF ORDER PURSUANT TO LOCAL RULE 7.1(B)(2)**

Now Comes Doe, by and through counsel, who moves this Court to Enter an Order on its unopposed Motion to Dismiss for Failure to Join Indispensible Parties, Motion to Quash Subpoena for Seeking Irrelevant Information, Motion for Leave to Proceed Anonymously, Motion to Strike Exhibit C as Immaterial and Scandalous (the "Motion"), stating as follows:

1. On May 31, 2013, the Motion was filed with this Court. ECF Doc. 9.

2. The deadline for a response, pursuant to Local Rule 7.1(B)(2) was June 17, 2013, which has passed.

3. If no response is provided within fourteen days of the filing of the Motion, the court "will presume there is no opposition to the motion." L.R. 7.1(B)(2).

4. No response has been filed.

5. The copyright act allows the prevailing party to recover attorney's fees as part of the costs in cases such as this. 17 U.S.C. § 505.

6. If the proposed order is entered, John Doe will be a prevailing party, as the case will be dismissed against him. John Doe has provided a proposed bill of costs, attached hereto as Exhibit A.

WHEREFORE, John Doe respectfully requests that this Honorable Court enter the attached proposed order.

                Respectfully submitted,

                /s/Jonathan LA Philips
                Jonathan LA Phillips
                One of Doe's Attorneys
                456 Fulton St.
                Ste. 255
                Peoria, IL 61602
                309.494.6155
                jphillips@skplawyers.com
                ARDC No. 6302752

**Certificate of Service**

I certify that on June 25, 2013 a copy of the foregoing, along with all referenced attachments, has been filed with the Clerk of the Court via the Court's ECF filing system, thereby serving it upon all counsel of record.

                /s/ Jonathan LA Phillips