UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:13-cv-01195-JES-JAG |
| v. | ) |
| JOHN DOE subscriber assigned IP address 76.23.79.204, | ) |
| Defendant. | ) |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR ENTRY OF ORDER PURSUANT TO LOCAL RULE 7.1(B)(2) [CM/ECF 10]**

Plaintiff respectfully requests this Court deny the subject Motion because the motion is not unopposed and Plaintiff has not missed the deadline to respond to Defendant's Motion at CM/ECF 9.  The Court's docket entry on May 30, 2013, clearly states, "All discovery and deadlines are stayed pending further order of the Court."  Because the Court has not issued any further orders, Plaintiff is not yet required to respond to Defendant's pending Motion.  Plaintiff intends to oppose the pending Motion once the Court reinstates applicable deadlines.

Dated:  July 11, 2013

                Respectfully submitted,

                SCHULZ LAW, P.C.

By: /s/ *Mary K. Schulz*
   Mary K. Schulz, Esq.
   1144 E. State Street, Suite A260
   Geneva, Il 60134
   Tel:  (224) 535-9510
   Fax:  (224) 535-9501
   Email:  schulzlaw@me.com
   *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By:    /s/ *Mary K. Schulz*